texas Southern district court
515 rusk st
houston texas

United States Courts
Southern District of Texas
FILED

OCT 23 2023

Nathan Ochsner, Clerk of Court

Laura Katherine Schroeder
      v

the city of pasadena municipal court
and police department

Special petition for summary judgement
in the city of pasadena municipal court
and police department

i a living womanand child of the
most high goal request Summary
judgement in exclusive equity for
the petitioner and agaist the city
of pasadena mc and pd herein after
cop mc pd for failing to respond to
my conditional acceptance affidavit
and for failing to pay restitution
for a multiplicity of criminal acts
committed against my living flesh
as outlined in my invoice

1 the cop mc pd was served via registered
mail no rr 881041676e us a conditional
acceptance affidavit on july 18th 2023

and provided 21 days to rebut for option no 1 or 30 days to pay minimal restitution for option 2 or allow it to go into default for option no 3 and be subject to my full fee Schedule along with the applicable invoice options

2 the copmc was served via registered mail no rr 88104117 81us an affidavit of fact and notice of default on August 21st 2023 along with the past due invoice for my full fee Schedule for allowing the matter to go into default

3 on september 11 2023 the copmc pd received a 45 days past due notice with a 10 day cure period via registered mail no rr 881041 1835us along with an updated copy of my invoice

4 on september 20 2023 the copmc pd was sent a notice of default Judgement of the unpaid invoices via registered mail no rr 881041778 us which was never delivered by usps

p2

who failed to perform and broke trust to perfect my process i took certified copies of the mailing to the cop mc for delivery and to be witnessed by court personnel Lisa the court coordinator said that dr risinger the judge refused delivery on October 18 2023 at 1:30 pm

5 the evidence brought forward includes proof of mail delivery titles of affidavits and invoices because the text of the affidavits reference law and my directive is that any decision be rendered in exclusive equity

kjv Scriptures

owe no man anything except to love one another fia he that loveth another hath fulfilled the law

render therefore to all their dues tribute to whom tribute is due custom

P3

to whom custom    fear to whom
fear  honor to whom honor

## maxims

equity delights to do justice and
    not by halves
equity aids the vigilant and not
    those who slumber on their rights
equity abhors a forfeiture
equity regards as done what ought
    to be done

## oath

i hereby attest affirm and make oath
that the preceding facts are true and
correct to the best of my ability

## prayer for relief

i direct the court to issue summary
judgment in the copmcpd for allowing
the affidavit and invoices to go into
default after the petitioner followed
the required administrative
procedures

P.4

grace and peace
Laura Katherine Schrader
responsible party and holder in due course
713 550 2460

P5

texas Southern district court
515 rusk St
houston texas

reference case no

Laura katherine Schroeder
vs
the city of pasadena municipal
court and police department

Summary judgement

___ granted

___ denied

by

**UNITED STATES POSTAL SERVICE.**

LA PORTE
801 W FAIRMONT PKWY
LA PORTE, TX 77571-9998
(800)275-8777

07/14/2023                                02:35 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.07 |
| Large Envelope | | | |
| Pasadena, TX 77506 | | | |
| Weight: 0 lb 3.40 oz | | | |
| Estimated Delivery Date | | | |
| Mon 07/17/2023 | | | |
| Registered Mail® | | | $17.55 |
| Amount: $50.00 | | | |
| Tracking #: | | | |
| RR881041676US | | | |
| Return Receipt | | | $3.55 |
| Tracking #: | | | |
| 9590 9402 7693 2122 7264 87 | | | |
| Total | | | $23.17 |

Grand Total:                                  $23.17

Credit Card Remit                             $23.17
  Card Name: VISA
  Account #: XXXXXXXXXXXX9800
  Approval #: 014224
  Transaction #: 647
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
Registered Mail®.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



---

Registered No.
RR881041676US

Date Stamp

| To Be Completed By Post Office | Postage $ $2.07 | Extra Services & Fees (continued) | |
|---|---|---|---|
| | Extra Services & Fees | ☐ Signature Confirmation $ | |
| | ☐ Registered Mail $17.55 | ☐ Signature Confirmation Restricted Delivery $ | |
| | ☐ Return Receipt (hardcopy) $ $3.55 | | |
| | ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees | |
| | ☐ Restricted Delivery $ | $ $23.17 | |
| | Customer Must Declare Full Value $50.00 | Received by 07/14/2023 | Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

### OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
LA PORTE, TX 77371
Laura-Katherine Schroeder
C/O RPD 536 Surf Oaks Dr.
Seabrook, Texas zip exempt
[near 77586]

TO
Pason DE NA Mun. Court
Hon Judge 9001 FBT 72106 RORICK
1114 Davis St.
Pasadena, TX 77506

PS Form **3806, Registered Mail Receipt**          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



From the Desk of :Laura-Katherine; .Schroeder: All Rights Reserved without prejudice

:Laura-Katherine; .Schroeder:
c/o RR 536 Surf Oaks Dr.
Seabrook, Texas
Nondomestic w/o the US
Zip exempt, near [77586]

| | | |
|---|---|---|
| CITY OF PASADENA, | ) | |
| CITY OF PASADENA | ) | |
| POLICE DEPARTMENT, and | ) | |
| CITY OF PASADENA | ) | |
| MUNICIPAL COURT | ) | Case #23011601 |
| private for-profit foreign corporations | ) | Citation #E1508297 |
| | ) | CONDITIONAL ACCEPTANCE |
| VS | ) | AND OFFER |
| | ) | |
| LAURA KATHERINE SCHROEDER, | ) | *Registered Mail # RR8810416762* |
| LAURA K SCHROEDER, | ) | *9590 9402 7693 2122 7264 87* |
| LAURA SCHROEDER | ) | |
| a fictional entity and Private Trust | ) | |

# CONDITIONAL ACCEPTANCE AND OFFER

**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS**

I, :Laura-Katherine; .Schroeder: conditionally accept citation #23-011601 issued by OFFICER
ROBERTSON, badge #5490 if the named respondents or agent(s) of the court performs in
accordance to one of the three options outlined.

1. Rebut the attached affidavit line by line within the 21 day prescribed time frame.

2. Pay restitution to me in the amount of $10,000 legal tender or silver coins for violating
   my rights and dismiss the citation with extreme prejudice providing strict, written,
   tangible proof to me within 30 days.

*If the affiant has not received the line by line affidavit rebuttal for option #1, or received, written,*
*tangible proof of citation dismissal with prejudice along with restitution valued at $10,000 then*
*THE CITY OF PASADENA, defaults to option #3.*

1

Invoice 1

# :Laura-Katherine; :Schroeder.

c/o Rural Route 536 Surf Oaks Dr. Seabrook, Texas zip exempt [near 77586]

**Date**
July 14, 2023

**To**
PASADENA MUNICIPAL
COURT
ATTN: JUDGE RORICK

**Address**
114 Davis St.
Pasadena, TX 77506

**Instructions**
This invoice coincides with option #2 as outlined in the "Conditional Acceptance and Offer".

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Restitution in legal tender or silver coins | $10,000.00 | $10,000.00 |

| | |
|---|---|
| Subtotal | $10,000.00 |
| Sales Tax | $0 |
| Shipping & Handling | $0 |
| **Total Due By 8.14.2023** | **$10,000** |

Tel: 281-842-7600

# Invoice 2

# :Laura-Katherine; :Schroeder.

c/o Rural Route 536 Surf Oaks Dr. Seabrook, Texas zip exempt [near 77586]

| Date | To | Address |
|------|-----|---------|
| July 14, 2023 | PASADENA MUNICIPAL COURT ATTN: JUDGE RORICK | 114 Davis St. Pasadena, TX 77506 |

## Instructions

This invoice coincides with option #3 as outlined in the "Conditional Acceptance and Offer".

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 1 | | $250,000.00 | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $2,000,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |

Tel: 281-

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $0.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $0.00 |
| 1 | | | 10,000.00 |
| | | | $6,400,000.00 |
| | | | $10,000.00 |
| | | | $0 |
| | | | **$6,400,000** |

# UNITED STATES POSTAL SERVICE.

LA PORTE
801 W FAIRMONT PKWY
LA PORTE, TX 77571-9998
(800)275-8777

08/18/2023                          01:26 PM

----------------------------------------
Product          Qty    Unit     Price
                        Price
----------------------------------------
First-Class Mail®  1              $1.59
Large Envelope
    Pasadena, TX 77506
    Weight: 0 lb 1.50 oz
    Estimated Delivery Date
    Mon 08/21/2023
Registered Mail®                  $17.55
    Amount: $20.00
    Tracking #:
      RR881041781US
Return Receipt                    $3.55
    Tracking #:
      9590 9402 7693 2122 7143 16
Total                             $22.69
----------------------------------------

Grand Total:                      $22.69

Credit Card Remit                 $22.69
    Card Name: VISA
    Account #: XXXXXXXXXXXX9800
    Approval #: 018593
    Transaction #: 110
    AID: A0000000031010   Contactless
    AL: VISA CREDIT
----------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest st *he Standard Message
and Data rates ma    pply. You may also
visit www.usps.com USPS Tracking or call
           1-800-222-1811.

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
        Registered Mail®.

Save this receipt as evidence of
insurance. For information on filing an
       insurance claim go to
https://www.usps.com/help/claims.htm
       or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you f  your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



----

**To Be Completed By Post Office**

Postage $          $1.59
Extra Services & Fees
☐ Registered Mail $  $17.55
☐ Return Receipt
   (hardcopy) $       $3.55
☐ Return Receipt
   (electronic) $    $0.00
☐ Restricted Delivery $
Customer Must Declare
Full Value $

Extra Services & Fees
(continued)
☐ Signature Confirmation
   $
☐ Signature Confirmation
   Restricted Delivery
   $
Total Postage & Fees
$          $22.69
Received by

AUG 18 2023

Domestic Insurance up to $50,
is included based upon the
declared value. International
Indemnity is limited. (See Reve

## OFFICIAL USE

LA PORTE, TX 77571

**FROM**
Laura-Katherine; .Schroeder:
In care of Rural Route
536 Surf Oaks Dr.
Seabrook, Texas [zip exempt 77586]

**TO**
Judge Rorick
The City of Pasadena Municipal Court
1114 Davis St.
Pasadena, TX 77506

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Cust
(See Information on Rev

----

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Evelyn R Marlow    08/21/23

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature              ☐ Registered Mail Restricted
☐ Adult Signature Restricted Delivery   Delivery
☐ Certified Mail®              ☐ Signature Confirmation™
☐ Certified Mail Restricted Delivery    ☐ Signature Confirmation
☐ Collect on Delivery             Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
ge Rorick
City of Pasadena Municipal Court
4 Davis St.
adena, TX 77506

2. Article Number (Transfer from service label)
9590 9402 7693 2122 7143 16

rm 3811, July 2020 PSN 7530-02-000-9053

From the Desk of :Laura-Katherine; .Schroeder: All Rights Reserved without prejudice

:Laura-Katherine; .Schroeder:
c/o RR 536 Surf Oaks Dr.
Seabrook, Texas
Nondomestic w/o the US
Zip exempt, near [77586]

| | |
|---|---|
| CITY OF PASADENA, | ) |
| CITY OF PASADENA | ) |
| POLICE DEPARTMENT, and | ) |
| CITY OF PASADENA | ) |
| MUNICIPAL COURT | )   Case #23011601 |
| private for-profit foreign corporations | )   Citation #E1508297 |
| | )   DEFAULT JUDGMENT OF |
| VS | )   THE UNREBUTTED AFFIDAVIT |
| | ) |
| LAURA KATHERINE SCHROEDER, | ) |
| LAURA K SCHROEDER, | ) |
| LAURA SCHROEDER | ) |
| a fictional entity and Private Trust | ) |

# AFFIDAVIT OF FACT AND NOTICE OF DEFAULT

**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS**

**PAST DUE**

# Invoice 2

## :Laura-Katherine; .Schroeder:

c/o Rural Route 536 Surf Oaks Dr. Seabrook, Texas zip exempt [near 77586]

| Date | To | Address |
|------|----|---------| 
| July 14, 2023 | PASADENA MUNICIPAL COURT ATTN: JUDGE RORICK | 114 Davis St. Pasadena, TX 77506 |

### Instructions

This invoice coincides with option #3 as outlined in the "Conditional Acceptance and Offer".

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 1 | | $250,000.00 | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $250,000.00 |
| ~~1~~ | | | ~~$250,000.00~~ |
| 1 | | | $250,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $2,000,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |

Tel: 281-8

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $0.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $0.00 |
| 1 | | | 10,000.00 |
| | | | $6,150,000.00 |
| | | | $10,000.00 |
| | | | $0 |
| | | | **$6,150,000.00** |

**UNITED STATES POSTAL SERVICE.**

LA PORTE
801 W FAIRMONT PKWY
LA PORTE, TX 77571-9998
(800)275-8777

09/07/2023                     04:20 PM

----------------------------------------

Product          Qty    Unit    Price
                        Price

----------------------------------------

First-Class Mail®  1             $0.66
Letter
    Pasadena, TX 77506
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        /09/2023
    Regist.    i1®                $16.80
    Amount: $0.00
    Tracking #:
        RR881041835US
    Return Receipt                 $3.55
    Tracking #:
        9590 9402 6476 0346 2214 65
Total                            $21.01

----------------------------------------

Grand Total.                     $21.01

----------------------------------------

Credit Card Remit                $21.01
    Card Name: VISA
    Account #: XXXXXXXXXXXX98U0
    Approval #: 007001
    Transaction #: 106
    AID: A0000000031010   Contactless
    AL: VISA CREDIT

----------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.  .com USPS Tracking or call
        1-800-222-1811.

    The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $5,000.00 for
            Registered Mail®

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

        Preview your Mail
        Track your Packages
        Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



---

Registered No. RR881041835US

Date Stamp
0571
2

Postage $   $0.66

Extra Services & Fees (continued)
☐ Signature Confirmation  $
☐ Signature Confirmation
    Restricted Delivery

Extra Services & Fees
☐ Registered Mail $  $16.80
☐ Return Receipt
    (hardcopy) $   $3.55
☐ Return Receipt
    (electronic) $   $0.00
☐ Restricted Delivery $

Total Postage & Fees
$   $21.01

Customer Must Declare
Full Value $0.00

Received by
    09/07/2023

$

To Be Completed By Post Office

Domestic Insurance up to $50,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse).

**OFFICIAL USE**

LA PORTE, TX 77571

FROM

Laura-Katherine; .Schroeder:
In care of Rural Route
536 Surf Oaks Dr.
Seabrook, Texas [zip exempt 77586]

TO

Judge Rorick
The City of Pasadena Municipal Court
1114 Davis St.
Pasadena, TX 77506

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
    so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
    or on the front if space permits.

1. Article Addressed to:

Judge Rorick
The City of Pasadena Municipal Court
1114 Davis St.
Pasadena, TX 77506

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Evelyn L Marlow        ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Evelyn L Marlow              9/11/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
    Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
    Restricted Delivery

2. Article Number (Transfer from service label)
9590 9402 6476 0346 2214 65

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**45 DAYS PAST DUE**
**10 DAYS TO CURE**

## Invoice 2

# :Laura-Katherine; .Schroeder:

c/o Rural Route 536 Surf Oaks Dr. Seabrook, Texas zip exempt [near 77586]

| Date | To | Address |
|---|---|---|
| July 14, 2023 | PASADENA MUNICIPAL COURT ATTN: JUDGE RORICK | 114 Davis St. Pasadena, TX 77506 |

**Instructions**

This invoice coincides with option #3 as outlined in the "Conditional Acceptance and Offer".

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | | $250,000.00 | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $250,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $2,000,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |

Tel: 281-8

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $0.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $200,000.00 |
| 1 | | | $0.00 |
| 1 | | | 10,000.00 |
| | | | $6,150,000.00 |
| | | | $10,000.00 |
| | | | $0 |
| | | | **$6,150,000.00** |



**UNITED STATES POSTAL SERVICE.**

LA PORTE
801 W FAIRMONT PKWY
LA PORTE, TX 77571-9998
(800)275-8777

09/21/2023                         05:07 PM
-------------------------------------------
Product          Qty   Unit    Price
                       Price
-------------------------------------------
First-Class Mail®  1            $0.66
Letter
   Pasadena, TX 77506
   Weight: 0 lb 0.70 oz
   Estimated Delivery Date
   Sat 09/23/2023
Registered Mail®                $16.80
   Amount: $0.00
   Tracking #:
   RR881041778US
Return Receipt                  $3.55
   Tracking #:
   9590 9402 6476 0346 2216 25
Total                           $21.01
-------------------------------------------
Grand Total:                    $21.01

Credit Card Remit               $21.01
   Card Name: VISA
   Account #: XXXXXXXXXXX9800
   Approval #: 021072
   Transaction #: 032
   AID: A0000000031010   Contactless
   AL: VISA CREDIT
-------------------------------------------
Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
          Registered Mail®.

Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm
      or call 1-800-222-1811

      Preview your Mail
      Track your Packages
      Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

---

Postage $ $0.66
Extra Services & Fees (contined)
☐ Signature Confirmation $
Extra Services & Fees
☐ Registered Mail $16.80
☐ Signature Confirmation Restricted Delivery $
☐ Return Receipt (hardcopy) $ $3.55
☐ Return Receipt (electronic) $ $0.00
Total Postage & Fees
☐ Restricted Delivery $ $ $21.01
To Be Completed By Post Office
Customer Must Declare Full Value $ $0.00
Received by 09/21/2023
Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM

Laura-Katherine; Schroeder;
In care of Rural Route
536 Surf Oaks Dr.
Seabrook, Texas [zip exempt 77586]

TO

Judge Rorick
The City of Pasadena Municipal Court
1114 Davis St.
Pasadena, TX 77506

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®
Copy 1 - Customer
(See Information on Reverse)

Lisa
Court Coordinator

Dr. Kisinger
refused
10/18/23

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# RR881041778US

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

The delivery status of your item has not been updated as of September 26, 2023, 3:14 am. We apologize that it may arrive later than expected.

**Alert**

● **Awaiting Delivery Scan**
September 26, 2023, 3:14 am

**Out for Delivery**
PASADENA, TX 77506
September 25, 2023, 9:14 am

**Arrived at Post Office**
PASADENA, TX 77501
September 25, 2023, 9:03 am

**In Transit to Next Facility**
September 24, 2023

**Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
September 22, 2023, 11:18 pm

**Departed Post Office**
LA PORTE, TX 77571
September 21, 2023, 5:49 pm

**USPS in possession of item**
LA PORTE, TX 77571

From the Desk of :Laura-Katherine; .Schroeder: All Rights Reserved without prejudice

:Laura-Katherine; .Schroeder:
c/o RR 536 Surf Oaks Dr.
Seabrook, Texas
Nondomestic w/o the US
Zip exempt, near [77586]

CITY OF PASADENA,                                    )
CITY OF PASADENA                                    )
POLICE DEPARTMENT, and                             )
CITY OF PASADENA                                    )
MUNICIPAL COURT                                     )        Case #23011601
private for-profit foreign corporations            )        Citation #E1508297
                                                   )        DEFAULT JUDGMENT OF
VS                                                 )        THE UNPAID INVOICES
                                                   )
LAURA KATHERINE SCHROEDER,                         )
LAURA K SCHROEDER,                                 )
LAURA SCHROEDER                                    )
a fictional entity and Private Trust               )

CERTIFIED TO BE A TRUE &
EXACT COPY OF ORIGINAL
: Laura-Katherine; Schroeder
10/18/23

# DEFAULT JUDGEMENT OF THE UNPAID INVOICES

**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS**

1. I, :Laura-Katherine; .Schroeder:, (hereinafter I) am presenting to this Court by "Special Appearance", without waiving any rights, remedies, or defenses, protected and secured by the Constitution of Texas and the Constitution of the united States of America.

2. The Persons operating as The CITY OF PASADENA MUNICIPAL COURT and POLICE DEPARTMENT were served via registered mail #RR881041676US a Conditional Acceptance Affidavit as well as The Affidavit and Claim of Constitutional Rights and Standing, which was received on July 18th, 2023 and provided 21 days to rebut it.

3. The Persons operating as The CITY OF PASADENA MUNICIPAL COURT and POLICE DEPARTMENT were granted 30 days to provide minimal restitution for the criminal acts committed against my living flesh by July 13, 2023.

1

From the Desk of :Laura-Katherine; .Schroeder: All Rights Reserved without prejudice

4. Persons operating as The CITY OF PASADENA MUNICIPAL COURT and POLICE DEPARTMENT then received registered mail #RR881041781US on August 21, 2023 containing The Default Judgement Affidavit for option #3 along with the Past Due Invoice for my full fee schedule because they did rebut nor made any attempt to respond.

5. Therefore, it became the agreement between the parties that the offenses outlined in the attached invoice option #3 applied for the crimes committed against my living flesh and that restitution in the full amount specified was now due and payable to me.

6. On September 11, 2023, Persons operating as The CITY OF PASADENA MUNICIPAL COURT and POLICE DEPARTMENT received registered mail #RR881041835US notification that the invoice was 45 aging days past due and were granted an additional 10 days to cure.

This correspondence is due to the failure to perform by the The CITY OF PASADENA MUNICIPAL COURT and POLICE DEPARTMENT to rebut the affidavit and failure to pay restitution. Silence is acquiescence. It has become the agreement between the parties that The CITY OF PASADENA MUNICIPAL COURT and POLICE DEPARTMENT is now in Default for failure to pay restitution in the amount stated in the overdue invoice.

2

From the Desk of :Laura-Katherine; .Schroeder: All Rights Reserved without prejudice

## Notice of Default Judgement of the Overdue Invoices

I, hereby certify that on this; the 21st day of September 2023; I hereby declare and by my Honor and under my Authority as one of "We the People" and under the laws of the United States of America in that restitution has not been paid and that The CITY OF PASADENA MUNICIPAL COURT and POLICE DEPARTMENT is in Default.

by: :Laura-Katherine; .Schroeder

Responsible Party and Holder in Due Course, 713-550-2460

**Notary Public as JURAT CERTIFICATE**

Texas State

Harris County

The United States of America

On September, 21, 2023 date before me, a Notary Public, personally appeared :Laura-Katherine; .Schroeder: who proved to me on the basis of satisfactory evidence to be the woman whose Name is subscribed to the within attached instrument and acknowledged to Me that she executed the same in her authorized capacity, And that by her autograph on the instrument the woman executed, the instrument known as Notice of Default of the Overdue Invoices.

I certify under PENALTY OF PERJURY under the lawful laws of Texas State that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

of Notary / Jurat      seal

JOYCELYN ISAAC
NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID 131100...
MY COMM. EXP. 02/07/25

3