United States District Court
Southern District of Texas
**ENTERED**
August 01, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LAURA KATHERINE SCHROEDER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-04023 |
| | § | |
| **CITY OF PASADENA MUNICIPAL COURT,** *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Plaintiff Laura Katherine Schroeder, proceeding *pro se*, filed this lawsuit on October 23, 2023. To date, Defendants have not been served.

Federal Rule of Civil Procedure 4(m) provides that, "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Thus, Rule 4(m) mandates dismissal for failure to serve, absent good cause. On January 26, 2024, the Court gave Plaintiff thirty (30) days to file proof of service in compliance with the Federal Rules of Civil Procedure. *See* Minute Entry dated 1/26/2024.

Plaintiff has not shown good cause for her failure to serve Defendants as required by Rule 4(m). Accordingly, the Court hereby **DISMISSES** this action **WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 1st day of August, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE