United States District Court
Southern District of Texas
**ENTERED**
August 06, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LAURA KATHERINE SCHROEDER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | **CIVIL ACTION NO. 4:23-cv-04023** |
| | § | |
| **CITY OF PASADENA MUNICIPAL COURT,** *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On August 1, the Court dismissed the above-captioned proceeding without prejudice due to Plaintiff's failure to serve Defendants as required by Rule 4(m) of the Federal Rules of Civil Procedure. *See* ECF No. 18.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Court's Order of Dismissal, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 5th day of August, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE